# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JERRY A. ADAMS & BETTY R. ADAMS          Case Number: 04-73108
        2001 WALTER STREET                       SSN-xxx-xx-2925 & xxx-xx-3776
        ROCK FALLS, IL  61071

                                                Case filed on:     6/16/2004
                                                Plan Confirmed on: 8/27/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,280.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | MID AMERICA LAW OFFICES LTD | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 201 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WHITESIDE COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JERRY A. ADAMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 2,428.00 | 2,428.00 | 2,428.00 | 314.39 |
| 002 | THE FARMERS NATIONAL BANK | 32,529.32 | 0.00 | 0.00 | 0.00 |
| 003 | WEINSTEIN, TREIGER & RILEY, P.S. | 374.00 | 374.00 | 374.00 | 0.00 |
|  | Total Secured | 35,331.32 | 2,802.00 | 2,802.00 | 314.39 |
| 001 | FORD MOTOR CREDIT CORP | 59.05 | 59.05 | 36.15 | 0.00 |
| 003 | WEINSTEIN, TREIGER & RILEY, P.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SMC | 436.35 | 436.35 | 267.15 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FREEPORT HEALTH NETWORK/MEMORIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 592.81 | 592.81 | 362.94 | 0.00 |
| 014 | ROCKFORD ANESTHEOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RRCA ACCOUNTS MANAGEMENT INC | 1,137.96 | 1,137.96 | 696.70 | 0.00 |
| 016 | SFC OF ILLINOIS, LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COTTONWOOD FINANICAL | 288.57 | 288.57 | 176.67 | 0.00 |
| 018 | UNIVERSITY OF WISCONSIN  HOSP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | STATE COLLECTION SERVICE INC | 608.91 | 608.91 | 372.80 | 0.00 |
| 020 | VALLEY EYE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,123.65 | 3,123.65 | 1,912.41 | 0.00 |
|  | Grand Total: | 41,154.97 | 8,625.65 | 7,414.41 | 314.39 |

Total Paid Claimant:     $7,728.80
Trustee Allowance:       $551.20        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  61.22          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007          By  /s/Heather M. Fagan